Felix **ROTEN** et al., Appellants,

v.

Stoy **FOX** et al., Appellees.

Court of Appeals of Kentucky.

May 4, 1973.

Robert C. Carter, Louisville, Larry D. Raikes, J. Michael Whelan, Hodgenville, for appellants.

James E. Bondurant, Hodgenville, for appellees.

Memorandum Opinion by Commissioner CATINNA, Affirming.*

Michael David **WILLOUGHBY**, Appellant,

v.

**COMMONWEALTH** of Kentucky, Appellee.

Court of Appeals of Kentucky.

May 4, 1973.

Herbert F. Ponder, Lexington, for appellant.

Ed Hancock, Atty. Gen., Patrick B. Kimberlin, III, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

Stevie Joe **TAYLOR**, An Infant, Suing Through and by B. R. Taylor, His Father and Next Friend, Appellant,

v.

Roland **HOLBROOK**, Appellee.

Court of Appeals of Kentucky.

May 4, 1973.

Harry M. Caudill, Whitesburg, for appellant.

Ronald G. Polly, Whitesburg, for appellee.

Memorandum Opinion of the Court by Justice OSBORNE, Affirming.*

O. C. **STEELE**, Appellant,

v.

**DANIEL CONSTRUCTION COMPANY** and Workmen's Compensation Board, Appellees.

Court of Appeals of Kentucky.

May 4, 1973.

John W. Beard, Beard, Rummage, Kamuf & Yewell, Owensboro, for appellant.

Marvin P. Nunley, Bartlett, McCarroll & Nunley, Owensboro, for appellees.

Memorandum Opinion of the Court by Justice OSBORNE, Affirming.*

* Opinion ordered not to be published.